UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - TRIAL

| | |
|---|---|
| Case No. | CR 19-00157-CJC |
| Date | February 5, 2020 |
| Present: The Honorable | Cormac J. Carney, United States District Judge |
| Interpreter | None |

| Gabriela Garcia | Debbie Hino-Spaan | Maria Jhai; Solomon Kim; Wilson Park |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Jacqueline Anderson | X | | X | Adam Olin, DFPD | X | X | |
| | | | | Cuauhtemoc Ortega, DFPD | X | X | |

\_\_\_ Day COURT TRIAL      2nd Day JURY TRIAL      \_\_\_ Death Penalty Phase

\_\_\_ One day trial;   \_\_\_ Begun (1st day);   \_\_\_ Held & continued;   X Completed by jury verdict/submitted to court.

\_\_\_ The Jury is impaneled and sworn.

\_\_\_ Opening statements made

X Witnesses called, sworn and testified.

X Exhibits identified      X Exhibits admitted

X Government rests.     X Defendant Jacqueline Anderson rest.

\_\_\_ Motion for mistrial by \_\_\_\_ is \_\_\_ granted \_\_\_ denied \_\_\_ submitted

X Motion for judgment of acquittal (FRCrP 29) is \_\_\_ granted \_\_\_ denied X submitted

X Closing arguments made   X Court instructs jury   X Bailiff sworn

X  Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

X Alternates excused   X Jury retires to deliberate   \_\_\_ Jury resumes deliberations

\_\_\_ Finding by Court as follows:   X Jury Verdict as follows:

Dft #\_\_\_  X Guilty on count  1    \_\_\_ Not Guilty on count(s)

X Jury polled     \_\_\_ Polling waived

X Filed Witness & Exhibit lists   X Filed Jury notes   X Filed Jury Instructions   X Filed Jury Verdict

X Dft  X Referred to Probation Office for Investigation & Report and continued to  May 18, 2020  for sentencing. at 11:00 a.m.

\_\_\_ Dft # \_\_\_ remanded to custody.   Remand/Release# \_\_\_ issd.   Dft # \_\_\_ released from custody.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

\_\_\_\_\_    Bond exonerated as to Dft # \_\_\_\_\_

\_\_\_\_\_    Case continued to _____ for further trial/further jury deliberation.

\_\_\_\_\_    Other:

                                                                    6   :   09

                                         Initials of Deputy Clerk    gga

cc: USPO; PSA