1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>    v.<br><br>JACQUELINE ANDERSON,<br><br>      Defendant. | Case No.  19-CR-157-CJC<br><br>**ORDER RE: STIPULATION TO SCHEDULE SENTENCING** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the sentencing hearing take place on July 30, 2020, at 10:00 a.m.

DATED: _July 21, 2020_____  By_____

                HON. CORMAC J. CARNEY
                United States District Judge