1

2                       UNITED STATES DISTRICT COURT

3                      CENTRAL DISTRICT OF CALIFORNIA

4                            WESTERN DIVISION

5

6

7    UNITED STATES OF AMERICA,      )
                                    )
8                                   )
                 PLAINTIFF,         )
9                                   )
                 V.                 )
10                                  )   CR 19-157-CJC
                                    )   LOS ANGELES, CALIFORNIA
11   JACQUELINE ANDERSON,           )
                                    )   APRIL 9, 2019
12                                  )   (3:25 P.M. TO 3:37 P.M.)
                 DEFENDANT.         )
13   _____)

14
                          INDICTMENT/PIA HEARING
15
                BEFORE THE HONORABLE JACQUELINE CHOOLJIAN
16                   UNITED STATES MAGISTRATE JUDGE

17
     APPEARANCES:            SEE NEXT PAGE
18
     COURT REPORTER:         RECORDED; COURTSMART
19
     COURTROOM DEPUTY:       KERRI HAYS
20
     TRANSCRIBER:            DOROTHY BABYKIN
21                           COURTHOUSE SERVICES
                             1218 VALEBROOK PLACE
22                           GLENDORA, CALIFORNIA  91740
                             (626) 963-0566
23

24
     PROCEEDINGS RECORDED BY ELECTRONIC SOUND RECORDING;
25   TRANSCRIPT PRODUCED BY TRANSCRIPTION SERVICE.

2

```
 1  APPEARANCES:

 2  FOR THE PLAINTIFF UNITED STATES OF AMERICA:

 3              NICOLA T. HANNA
                UNITED STATES ATTORNEY
 4              BRANDON FOX
                CHIEF, CRIMINAL DIVISION
 5              ASSISTANT UNITED STATES ATTORNEY
                BY:  MATTHEW JACOBS
 6              ASSISTANT UNITED STATES ATTORNEY
                SUITE 1200
 7              312 NORTH SPRING STREET
                LOS ANGELES, CALIFORNIA  90012
 8

 9  FOR THE DEFENDANT JACQUELINE ANDERSON:

10
                AMY KARLIN, ACTING
11              FEDERAL PUBLIC DEFENDER
                BY:  ADAM OLIN
12              DEPUTY FEDERAL PUBLIC DEFENDER
                321 EAST 2ND STREET
13              LOS ANGELES, CALIFORNIA  90012

14

15

16

17

18

19

20

21

22

23

24

25
```

3

1                          I N D E X

2   CR 19-157-CJC                        APRIL 9, 2019

3   PROCEEDINGS:  INDICTMENT/PIA HEARING
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

4

1        LOS ANGELES, CALIFORNIA; APRIL 9, 2019; 3:25 P.M.

2            THE CLERK:  CALLING CASE NUMBER 19-CR-157,

3    UNITED STATES OF AMERICA VERSUS JACQUELINE ANDERSON.

4            THE COURT:  ALL RIGHT.  I SEE WE HAVE MR.

5    JACOBS AGAIN FOR THE U.S. ATTORNEY'S OFFICE.

6            AND FOR THE DEFENSE?

7            MR. OLIN:  GOOD AFTERNOON, YOUR HONOR.

8            ADAM OLIN OF THE FEDERAL PUBLIC DEFENDER'S

9    OFFICE, SEEKING THE APPOINTMENT ON BEHALF OF MS.

10   ANDERSON, WHO IS PRESENT AND IN CUSTODY.

11           THE COURT:  ALL RIGHT.  THANK YOU.

12           MA'AM, DID YOU REVIEW THIS ADVISEMENT OF YOUR

13   STATUTORY AND CONSTITUTIONAL RIGHTS FORM?

14           THE DEFENDANT:  YES, MA'AM.

15           THE COURT:  AND DID YOU SIGN THE FORM?

16           THE DEFENDANT:  YES, MA'AM.

17           THE COURT:  I'M ADVISING YOU YOU DO HAVE THE

18   RIGHTS REFLECTED ON THAT FORM.

19           DO YOU UNDERSTAND THOSE RIGHTS?

20           THE DEFENDANT:  YES, MA'AM.

21           THE COURT: ANY QUESTIONS ABOUT THEM?

22           THE DEFENDANT:  NO, MA'AM.

23           THE COURT:  ALL RIGHT.

24           COUNSEL, DID YOU REVIEW MS. ANDERSON'S RIGHTS

25   WITH HER?

5

1            MR. OLIN:  I DID, YOUR HONOR.

2            THE COURT:  ARE YOU SATISFIED SHE UNDERSTANDS

3   THEM?

4            MR. OLIN:  I AM, YOUR HONOR.

5            THE COURT:  AND YOU SIGNED THE FORM SO

6   INDICATING?

7            MR. OLIN:  I DID, YOUR HONOR.

8            THE COURT:  ALL RIGHT.

9            MS. ANDERSON, DID YOU COMPLETE THIS FINANCIAL

10  AFFIDAVIT?

11           THE DEFENDANT:  YES, MA'AM.

12           THE COURT:  AND DID YOU SIGN IT UNDERSTANDING

13  YOU WERE DOING SO UNDER PENALTY OF PERJURY?

14           THE DEFENDANT:  YES, MA'AM.

15           THE COURT:  ALL RIGHT.

16           MR. OLIN:  YOUR HONOR, IF I -- IF I MAY ADD,

17  THERE IS A I THINK -- I GUESS A TRANSPOSITION ERROR ON

18  MY PART.  I MISUNDERSTOOD AND PUT DOWN THE -- THE PRICE

19  OF THE PROPERTY --

20           THE COURT:  ON THE -- ON THE FINANCIAL

21  AFFIDAVIT?

22           MR. OLIN:  YES, YOUR HONOR.

23           THE COURT:  DO YOU WISH TO HAVE IT BACK SO

24  YOU CAN MAKE A CORRECTION?

25           MR. OLIN:  YES, YOUR HONOR.

6

```
 1              THE COURT:  OKAY.

 2              THANK YOU.

 3              MR. OLIN:  I PUT THE PRICE OF THE PROPERTY AT

 4   THE TIME OF PURCHASE.  AND THERE IS A --

 5              THE COURT:  ALL RIGHT.  JUST FIX IT.  AND IF

 6   YOU COULD MAKE SURE IT'S INITIALED IN AN APPROPRIATE

 7   SPOT.

 8              (PAUSE IN PROCEEDINGS.)

 9              THE COURT:  SO, I TAKE IT FROM WHAT YOU'RE

10   TELLING ME, COUNSEL, THAT MS. ANDERSON SUPPLIED YOU

11   WITH INFORMATION AND YOU ACTUALLY COMPLETED THE FORM

12   WITH INFORMATION SHE SUPPLIED.

13              IS THAT RIGHT?

14              MR. OLIN:  THAT'S CORRECT, YOUR HONOR.

15              THE COURT:  OKAY.

16              AND THEN, MS. ANDERSON, DID YOU HAVE A CHANCE

17   TO REVIEW -- I WANT TO MAKE SURE YOU REVIEW IT AND THAT

18   IT'S ACCURATE FROM YOUR PERSPECTIVE.

19              THE DEFENDANT:  YES, MA'AM.

20              THE COURT:  OKAY.

21              (PAUSE IN PROCEEDINGS.)

22              THE COURT:  AND IS IT OKAY IF I -- WE GIVE

23   HER THE PEN TO INITIAL THAT, MARSHALS?  YEAH?

24              (PAUSE IN PROCEEDINGS.)

25              THE DEFENDANT:  I CAN'T.
```

7

1               (PAUSE IN PROCEEDINGS.)

2               THE COURT:  ALL RIGHT.

3               MR. OLIN:  THANK YOU, YOUR HONOR.

4               THE COURT:  THANK YOU, COUNSEL.

5               THANK YOU, MS. ANDERSON.

6               SO, LET ME JUST -- YOU HAVE VERY TINY

7   HANDWRITING, MS. ANDERSON.  SO, I SEE YOUR SIGNATURE.

8               AND YOU SIGNED THAT UNDERSTANDING YOU WERE

9   DOING SO UNDER PENALTY OF PERJURY AS CORRECTED?

10              THE DEFENDANT:  YES, MA'AM.

11              THE COURT:  THANK YOU.

12              AND, COUNSEL, I THINK I WAS ASKING YOU.  YOU

13  -- IS IT -- IS IT YOU OR ARE YOU STANDING IN FOR

14  SOMEBODY TODAY?

15              MR. OLIN:  THIS IS FOR MYSELF, YOUR HONOR.

16              THE COURT:  OKAY.  SPELL YOUR LAST NAME FOR

17  ME.

18              MR. OLIN:  IT'S O-L-I-N, AS IN NANCY.

19              THE COURT:  MR. OLIN.  OKAY.

20              SO, I'LL APPOINT THE FEDERAL PUBLIC

21  DEFENDER'S OFFICE IN THE PERSON OF MR. OLIN.

22              I'LL NOTE FOR THE RECORD THAT MS. ANDERSON

23  AND HER COUNSEL HAVE FILED AN ASSERTION OF FIFTH AND

24  SIXTH AMENDMENT RIGHTS FORM.

25              SO, THE GOVERNMENT IS ON NOTICE THAT THOSE

8

1  RIGHTS HAVE BEEN INVOKED.

2           MS. ANDERSON, HAVE YOU REVIEWED THE

3  INDICTMENT, THAT IS, THE CHARGING DOCUMENT IN THIS

4  CASE?

5           THE DEFENDANT:  YES, MA'AM.

6           THE COURT:  DO YOU UNDERSTAND THE NATURE OF

7  THE CHARGE? -- THAT IS, WHAT THEY SAY YOU DID TO

8  VIOLATE THE LAW?

9           THE DEFENDANT:  YES, MA'AM.

10          THE COURT:  ALL RIGHT.

11          WHAT IS THE GOVERNMENT'S CURRENT POSITION ON

12 DETENTION OR BAIL?  I KNOW YOU HAD FILED THE MOTION.

13 AND THEN THE REPORT CAME OUT RECOMMENDING BOND.  SO --

14          MR. JACOBS:  YES, YOUR HONOR.  NO.  WE'VE

15 REACHED AN AGREEMENT WITH DEFENSE COUNSEL --

16          THE COURT:  OKAY.

17          ARE YOU WITHDRAWING YOUR DETENTION MOTION?

18          MR. JACOBS:  WE DO, YOUR HONOR.

19          THE COURT:  OKAY.

20          WHY DON'T YOU TELL ME.  AND THEN I'LL LET MR.

21 OLIN TELL ME IF HE AGREES WITH YOU WHAT IT IS THE

22 AGREEMENT IS.

23          MR. JACOBS:  YES, YOUR HONOR.

24          CONSISTENT WITH THE RECOMMENDATION OF

25 PRETRIAL SERVICES, I BELIEVE THE DEFENDANT IS GOING TO

9

1  PERSONALLY SIGN AN UNJUSTIFIED BOND FOR $10,000 TODAY.

2  AND A WEEK FROM -- WITHIN A WEEK FROM TODAY HER FIANCE

3  JOHN JOHNSON WILL BE ADDED TO THAT BOND AS WELL.

4          THE COURT:  OKAY.  SO, YOU WANT TO DO A --

5  SHE'S GOING TO SIGN AN UN- -- I GOT THIS WRONG LAST

6  TIME.  SO, LET ME CONFER WITH THE CLERK.

7          WHEN IT IS THE DEFENDANT HERSELF WHO IS

8  SIGNING A BOND, IT'S THE UNSECURED APPEARANCE BOND OR

9  THE PERSONAL RECOGNIZANCE BOX?

10         THE UNSECURED APPEARANCE BOND.

11         ALL RIGHT.  SO, FROM WHAT I UNDERSTAND THE

12  PROPOSAL TO BE IT'S AN UNSECURED APPEARANCE BOND OF

13  $10,000 SIGNED BY MS. ANDERSON WITH A -- WITH A

14  FORTHWITH RELEASE.

15         MR. JACOBS:  CORRECT, YOUR HONOR.

16         THE COURT:  YOU DIDN'T SAY THAT, BUT I

17  BELIEVE THAT'S WHAT YOU MEANT.

18         MR. JACOBS:  YES.

19         THE COURT:  WITH THE AFFIDAVIT OF SURETY

20  WITHOUT JUSTIFICATION IN THE AMOUNT OF $10,000 SIGNED

21  BY JOHN JOHNSON DUE A WEEK FROM TODAY, WHICH WOULD BE

22  APRIL 16TH, TO BASICALLY REPLACE THE BOND THAT SHE

23  SIGNS TODAY?

24         MR. JACOBS:  THAT'S CORRECT --

25         THE COURT:  IS THAT THE UPSHOT?

10

1    MR. JACOBS:  I BELIEVE THAT THEY ARE BOTH

2  GOING TO REMAIN ON THE BOND.

3    THE COURT:  THEN IT'S --

4    MR. JACOBS:  BUT IF THAT'S NOT -- IF THAT'S

5  NOT --

6    THE COURT:  THEN IT'S A 20,000-DOLLAR BOND.

7    IF SHE'S SIGNING ONE, TOO, THEN, IT'S A

8  20,000 BOND, I THINK.

9    MR. JACOBS:  MAY WE HAVE JUST ONE MOMENT,

10  YOUR HONOR.

11    THE COURT:  SURE.

12    AND PRETRIAL CAN TELL ME IF I'VE GOT THAT

13  WRONG.  BUT IF I HAVE TWO PEOPLE SIGNING FOR 10,000, I

14  THINK IT'S A 20- -- A 20,000 BOND.

15    MR. JACOBS:  I GUESS IT WOULD BE 20,000 THEN,

16  YOUR HONOR.

17    THE COURT:  OKAY.

18    MR. JACOBS:  I --

19    THE COURT:  SO, I'M GOING TO SET A BOND OF

20  $20,000 -- 10,000 UNSECURED APPEARANCE BOND SIGNED BY

21  MS. ANDERSON AND A FORTHWITH RELEASE UPON THAT AND THE

22  -- THE OTHER THINGS I'M GOING TO SET.  THERE WILL BE A

23  PASSPORT DECLARATION, FOR EXAMPLE.

24    AND THEN -- AND AN ADDITIONAL 10,000-DOLLAR

25  AFFIDAVIT OF SURETY WITHOUT JUSTIFICATION SIGNED BY

11

1  JOHN JOHNSON DUE BY APRIL 16, 2019.

2          IS THAT RIGHT?

3          MR. JACOBS:  I BELIEVE SO, YOUR HONOR.  I

4  APOLOGIZE FOR THE CONFUSION.

5          THE COURT:  WELL, THESE -- THESE CAN BE

6  CONFUSING THINGS, BUT -- AND THEN LET ME JUST GO

7  THROUGH THE OTHER CONDITIONS.

8          AND, MS. ANDERSON, I WANT TO MAKE SURE YOU

9  UNDERSTAND THESE CONDITIONS.  SO, YOU STOP ME IF YOU

10 DON'T UNDERSTAND SOMETHING.  OR IF YOU WANT TO CHAT

11 WITH YOUR COUNSEL YOU TELL ME THAT.

12         SO -- AND THERE'S ALSO GOING TO BE PRETRIAL

13 SERVICES SUPERVISION AS THEY DIRECT.

14         YOU ARE TO SURRENDER ALL PASSPORTS AND TRAVEL

15 DOCUMENTS OR -- BECAUSE I THINK YOU HAVE AN EXPIRED OR

16 LOST PASSPORT -- TO SIGN A DECLARATION ATTESTING TO

17 THAT FACT AND ALSO THAT YOU WON'T APPLY FOR A PASSPORT

18 OR OTHER TRAVEL DOCUMENT DURING THE PENDENCY OF THIS

19 CASE.

20         YOUR TRAVEL IS RESTRICTED TO THE CENTRAL

21 DISTRICT OF CALIFORNIA UNLESS PRIOR PERMISSION IS

22 GRANTED BY PRETRIAL SERVICES TO TRAVEL TO A SPECIFIC

23 OTHER LOCATION.

24         COURT PERMISSION IS REQUIRED FOR ANY

25 INTERNATIONAL TRAVEL.

12

1          YOU ARE TO RESIDE AS APPROVED BY PRETRIAL

2    SERVICES AND NOT TO RELOCATE WITHOUT THEIR PRIOR

3    PERMISSION AND SPECIFICALLY TO RESIDE AT -- I THINK

4    YOUR HOME, 105 WEST SPRING STREET IN LONG BEACH,

5    CALIFORNIA.

6          YOU'RE TO MAINTAIN OR ACTIVELY SEEK

7    EMPLOYMENT AND PROVIDE PROOF TO PRETRIAL SERVICES.

8          YOU ARE TO AVOID ALL CONTACT, DIRECTLY OR

9    INDIRECTLY, INCLUDING BY ANY ELECTRONIC MEANS WITH ANY

10   PERSON WHO IS A KNOWN VICTIM OR WITNESS IN THE SUBJECT

11   INVESTIGATION OR PROSECUTION.

12         YOU ARE NOT TO USE OR POSSESS ILLEGAL DRUGS

13   OR STATE-AUTHORIZED MARIJUANA.

14         AND IN ORDER TO DETERMINE COMPLIANCE AGREE TO

15   SUBMIT TO A SEARCH OF YOUR PERSON AND/OR PROPERTY BY

16   PRETRIAL SERVICES IN CONJUNCTION WITH THE U.S. MARSHAL.

17         YOU ARE ALSO NOT TO USE FOR PURPOSES OF

18   INTOXICATION ANY CONTROLLED SUBSTANCE ANALOGUE AS

19   DEFINED BY FEDERAL LAW OR STREET SYNTHETIC OR DESIGNER

20   PSYCHOACTIVE SUBSTANCE CAPABLE OF IMPAIRING YOUR MENTAL

21   OR PHYSICAL FUNCTIONING MORE THAN MINIMALLY EXCEPT AS

22   MAYBE PRESCRIBED BY A MEDICAL DOCTOR.

23         YOU ARE TO SUBMIT TO A MENTAL HEALTH

24   EVALUATION.  AND IF DIRECTED TO DO SO TO PARTICIPATE IN

25   MENTAL HEALTH COUNSELING OR TREATMENT AS APPROVED BY

13

1    PRETRIAL SERVICES.

2              TO THE EXTENT YOU HAVE THE ABILITY TO PAY AS

3    DETERMINED BY PRETRIAL SERVICES YOU WILL BE REQUIRED TO

4    PAY ALL OR PART OF THE COSTS OF THAT.

5              YOU ARE ALSO TO CONTINUE TO SEEK PROFESSIONAL

6    MEDICAL/PSYCHIATRIC ASSISTANCE AND PROVIDE PROOF OF

7    THAT TO PRETRIAL SERVICES.

8              DO YOU UNDERSTAND ALL THOSE CONDITIONS?

9              THE DEFENDANT:  COULD I SPEAK WITH -- CAN I

10   TALK TO MY COUNSEL?

11             THE COURT:  OF COURSE.

12             (DEFENSE COUNSEL AND CLIENT CONFERRING.)

13             MR. OLIN:  THANK YOU, YOUR HONOR.

14             THE COURT:  ALL RIGHT.

15             DO YOU UNDERSTAND ALL OF THOSE CONDITIONS,

16   MA'AM?

17             THE DEFENDANT:  YES, MA'AM.

18             THE COURT:  ALL RIGHT.

19             AND DO YOU AGREE TO COMPLY WITH THEM?

20             THE DEFENDANT:  YES, MA'AM.

21             THE COURT:  AND DO YOU AGREE TO APPEAR FOR

22   COURT AS DIRECTED?

23             THE DEFENDANT:  YES, MA'AM.

24             THE COURT:  ALL RIGHT.

25             I AM -- EVERYBODY I SET BOND FOR, I ALWAYS

14

1   HAVE TO TELL YOU THE CONSEQUENCES OF FAILING TO DO THE

2   THINGS YOU JUST AGREED TO DO -- THAT IS, FAILING TO

3   COMPLY WITH THE CONDITIONS.

4             YOU ARE TO APPEAR FOR COURT AS DIRECTED.

5             IF YOU FAIL TO DO THAT, A FEW THINGS CAN

6   HAPPEN.

7             FIRST, BOTH YOU AND MR. JOHNSON ARE SIGNING

8   DOCUMENTATION GUARANTEEING BASICALLY YOUR PRESENCE AND

9   COMPLIANCE TO THE TUNE OF $10,000 A PIECE.

10            IF YOU DON'T APPEAR OR DON'T COMPLY, THEN,

11  THE GOVERNMENT CAN MOVE TO BASICALLY REVOKE THAT BOND

12  AND COLLECT THOSE SUMS FROM YOU AND MR. JOHNSON.

13            SECOND, IF YOU DON'T APPEAR FOR COURT, A

14  WARRANT GETS ISSUED FOR YOUR ARREST.  AND YOU'RE

15  BROUGHT RIGHT BACK TO COURT.  AND USUALLY AT THAT POINT

16  IF YOU VIOLATED THE COURT'S ORDERS YOU END UP GETTING

17  DETAINED.

18            AND FINALLY, VIOLATING THE COURT'S BAIL ORDER

19  IS A CONTEMPT OF COURT.  SO, THAT COULD SUBJECT YOU TO

20  ADDITIONAL CHARGES OF CRIMINAL CONTEMPT WHICH COULD

21  CARRY PENALTIES BEYOND WHAT YOU'RE LOOKING AT ON THE

22  CURRENT CASE.

23            DO YOU UNDERSTAND?

24            THE DEFENDANT: YES, MA'AM.

25            THE COURT:  ALL RIGHT.

15

1           ANYTHING ELSE ON THE BOND ISSUE?

2           MR. JACOBS:  NOTHING FROM THE GOVERNMENT.

3           MR. OLIN:  NO, YOUR HONOR.

4           THANK YOU.

5           THE COURT:  ALL RIGHT.

6           THIS CASE HAS BEEN ASSIGNED TO DISTRICT JUDGE

7  CORMAC J. CARNEY.

8           JUDGE CARNEY ASKS THAT WE TAKE MS. ANDERSON'S

9  NOT GUILTY PLEA AT THIS TIME.

10           I'LL ASK THE CLERK TO DO THAT.

11           THE CLERK:  JACQUELINE ANDERSON, HOW DO YOU

12  PLEAD TO THE CHARGES CONTAINED IN THE INDICTMENT?

13           THE DEFENDANT:  NOT GUILTY.

14           THE COURT:  ALL RIGHT.

15           THE PARTIES ARE REFERRED TO JUDGE CARNEY'S

16  PROCEDURES AND SCHEDULES ON THE COURT'S WEBSITE,

17  WWW.CACD.USCOURTS.GOV.  AND THERE YOU ARE TO -- YOU ARE

18  TO OBTAIN A COPY OF HIS DISCOVERY ORDER.

19           JUDGE CARNEY IS LOCATED IN COURTROOM 7-C, AS

20  IN CHARLIE.  THAT'S ON THE SEVENTH FLOOR OF THE FIRST

21  STREET COURTHOUSE LOCATED A FEW BLOCKS AWAY AT 350 WEST

22  FIRST STREET, LOS ANGELES, CALIFORNIA  90012.

23           JUDGE CARNEY DIRECTS US TO SET TWO DATES.

24           FIRST, FOR A PRETRIAL CONFERENCE.  THAT'S MAY

25  20, 2019 AT 9:00 A.M. -- ONCE AGAIN FOR PRETRIAL

16

1  CONFERENCE, 5/20/19 AT 9:00 A.M.

2           THE SECOND DATE IS FOR JURY TRIAL.  THAT'S

3  JUNE 4, 2019 AT 8:30 A.M. -- ONCE AGAIN FOR JURY TRIAL,

4  6/4/19 AT 8:30 A.M.

5           MS. ANDERSON, YOU ARE ORDERED TO APPEAR

6  BEFORE JUDGE CARNEY AT THE LOCATION I INDICATED ON

7  THOSE TWO DATES AND TIMES.

8           DO YOU UNDERSTAND?

9           THE DEFENDANT:  YES, MA'AM.

10          THE COURT:  ALL RIGHT.

11          ANYTHING ELSE?

12          GOVERNMENT?

13          MR. JACOBS:  NO, YOUR HONOR.

14          THE COURT:  DEFENSE?

15          MR. OLIN:  NO, YOUR HONOR.

16          THANK YOU.

17          THE COURT:  THANK YOU.

18          (PROCEEDINGS ADJOURNED AT 3:37 P.M.)

19

20

21

22

23

24

25

17

1

2

3                        C E R T I F I C A T E

4

5

          I CERTIFY THAT THE FOREGOING IS A CORRECT
6   TRANSCRIPT FROM THE ELECTRONIC SOUND RECORDING OF THE
    PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.
7

8

9   /S/ DOROTHY BABYKIN                      9/26/20
    _____              _____
10  FEDERALLY CERTIFIED TRANSCRIBER          DATED
    DOROTHY BABYKIN
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25